UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM SAVOIE,

                    Plaintiff,

    v.

GULICK TRUCKING INC.,

                    Defendant.

Case No. C22-5618-RSM-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On February 20, 2023, the parties submitted a proposed stipulated protective order in this matter. (Dkt. # 15.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version was provided to the Court with the parties' submission. Though the Court will accept the parties' proposed stipulated protective order as filed in this instance, the parties are advised that any future requests for a protective order in this Court must comply with the requirements of Local Civil Rule 26(c).

\\

MINUTE ORDER - 1

Dated this 22nd day of February, 2023.

                                            Ravi Subramanian
                                            Clerk of Court

                                       By: /s/Tim Farrell
                                            Deputy Clerk

MINUTE ORDER - 2