1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SAVOIE,<br><br>                          Plaintiff,<br><br>        v.<br><br>GULICK TRUCKING, INC.,<br><br>                          Defendant. | CASE NO. 3:22-cv-05618-MLP<br><br>**STIPULATED MOTION AND PROPOSED ORDER EXTENDING TRIAL DATE AND RELATED DEADLINES** |

### STIPULATED MOTION EXTENDING  TRIAL DATE AND OTHER RELATED DEADLINES

On November 4, 2022 this Court entered a Minute Order (Dkt. 14) setting a trial date of September 25, 2023 for this matter, as well as a summary judgment deadline of May 22, 2023 and other related dates.

The parties are cooperatively and diligently working on discovery, including review and production of electronically stored data. The parties are also cooperatively and diligently working on the scheduling of depositions; however, those depositions cannot occur prior to the completion of written discovery, which the parties need more time to complete. Counsel for Plaintiff similarly has a two-week jury trial scheduled to start on April 3, 2023 (No: 2:20-cv-01775-RSL), which has created some unavailability of counsel.

STIPULATED MOTION TO EXTEND THE TRIAL DATE
AND OTHER RELATED DEADLINES  - 1
CASE NO. 3:22-cv-05618-MLP

So that the parties have sufficient time to complete written discovery and depositions, as well as ADR, the parties have agreed to respectfully request that the Court postpone the trial date and related dates in this case.  The parties agree on the below schedule for proposed new dates:

| Event | Deadline set on November 4, 2022 | Requested New Deadline |
|---|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | March 6, 2023 | June 5, 2023 |
| All motions related to discovery must be FILED by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | March 20, 2023 | June 19, 2023 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | April 6, 2023 | July 6, 2023 |
| Discovery to be completed by | April 20, 2023 | July 20, 2023 |
| All dispositive motions must be FILED by | May 22, 2023 | August 21, 2023 |
| Mediation per LCR 39.1 held no later than | July 21, 2023 | September 22, 2023 |
| Motions in limine should be FILED by and NOTED on the motions calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference | August 21, 2023 | November 13, 2023 |
| Agreed pretrial order LODGED with the court by | September 5, 2023 | December 4, 2023 |
| Pretrial conference will be HELD on | TBD | TBD |
| Trial briefs, proposed voir dire & jury instructions due | September 11, 2023 | December 11, 2023 |
| JURY TRIAL set for | September 25, 2023 | ~~December 18, 2023~~ January 22, 2024 |

The parties respectfully request an extension of all dates as set forth above, or a further extension as may be convenient for the Court's trial calendar.

STIPULATED MOTION TO EXTEND THE TRIAL DATE
AND OTHER RELATED DEADLINES  - 2
CASE NO. 3:22-cv-05618-MLP

| MBE LAW GROUP PLLC | BULLARD LAW |
|---|---|
| By: *Lisa Burke*<br>    Lisa A. Burke, WSBA No. 42859<br>    1700 Seventh Ave. #2100<br>    Seattle, WA  98101<br>    206-400-7722<br>    lburke@mbelg.com | By: *Ed Choi*<br>    Ed Choi, OSB No. 135673<br>    200 SW Market Street # 1950<br>    Portland, OR 97201<br>    503-248-1134<br>    echoi@bullardlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED:____March 3, 2023_____

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO EXTEND THE TRIAL DATE
AND OTHER RELATED DEADLINES  - 3
CASE NO. 3:22-cv-05618-MLP