UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM SAVOIE,

              Plaintiff,

   v.

GULICK TRUCKING INC.,

              Defendant.

Case No. C22-5618-RSM-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on a Stipulated Motion Staying Proceedings Pending Mediation, filed by Defendant. (Dkt. # 20.) Although styled as a stipulated motion, the motion is not signed by Plaintiff. (*See id.* at 2.) Accordingly, the motion (dkt. # 20) is STRICKEN. The Court will consider the parties' stipulated motion upon resubmission with the appropriate signatures.[1]

//

//

---

[1] The parties are reminded to email a Word-compatible version of a proposed order to PetersonOrders@wawd.uscourts.gov.

MINUTE ORDER - 1

Dated this 9th day of May, 2023.

                                              Ravi Subramanian
                                              Clerk of Court

                                       By: Tim Farrell
                                            Deputy Clerk

MINUTE ORDER - 2