The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WILLIAM SAVOIE,<br><br>            Plaintiff,<br><br>     v.<br><br>GULICK TRUCKING, INC.,<br><br>            Defendant. | No. 3:22-cv-05618-RSM-MLP<br><br>**ORDER GRANTING STIPULATED MOTION STAYING PROCEEDINGS PENDING MEDIATION** |

///
///
////
///
///
///
///
///
///
///
///

ORDER GRANTING STIPULATED MOTION
STAYING PROCEEDINGS PENDING MEDIATION
(3:22-cv-05618-RSM-MLP) - 1

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1950
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

THIS MATTER came before the court on May 10, 2023, regarding the Parties' Stipulated Motion Staying Proceedings Pending Mediation, IT IS HEREBY ORDERED that this case is stayed pending completion of mediation on June 29, 2023 The parties shall file a Joint Status Report within 14 days after the mediation.

Dated this 10th day of May, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

By s/Dennis Westlind
Dennis Westlind, WSB No. 39972
dwestlind@bullardlaw.com
Ed Choi, OSB No. 135673 (*pro hac vice*)
echoi@bullardlaw.com
Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION
STAYING PROCEEDINGS PENDING MEDIATION
(3:22-cv-05618-RSM-MLP) - 2

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1950
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851