UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SAVOIE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GULICK TRUCKING INC.,<br><br>　　　　　　　　Defendant. | Case No. C22-5618-RSM-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On May 10, 2023, based on the parties' stipulation, the Court stayed this case pending mediation scheduled for June 29, 2023, and ordered the parties to file a joint status report by July 14, 2023. (Dkt. # 23.) To date, the parties have not filed a joint status report. Accordingly, by **July 21, 2023,** the parties are ORDERED to file a joint status report or show cause why the scheduling order (dkt. # 19) should not be reinstated.

Dated this 19th day of July, 2023.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By: Tim Farrell
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1