**HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SAVOIE, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>GULICK TRUCKING, INC., an Oregon Corporation;<br><br>           Defendant. | No. 3:22-cv-05618-RSM-MLP<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## I.    ORDER

Based on the parties' Stipulation, Dkt. 25, it is hereby ORDERED that this action is dismissed with prejudice and without costs or attorneys' fees to either party.

DATED this 26th day of July, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

ORDER ON JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE (Case No. 3:22-cv-05618-RSM-MLP) – Page 1

MBE LAW GROUP PLLC
1700 7th Ave., Suite 2100
Seattle, WA 98101
Phone: 206.400.7722

# CERTIFICATE OF SERVICE

I certify that on July 25, 2023, I emailed a copy of the foregoing document upon all counsel of record below:

BULLARD LAW

Dennis Westlind, WSB No. 39972
dwestlindA@bullardlaw.com

Ed Choi, OSB No. 135673 (*pro hac vice*)
echoi@bullardlaw.com

200 Market Street, Suite 1950
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

*Attorneys for Defendants*

/s Lisa A. Burke
Lisa A. Burke, WSBA No. 42859